



**Tom Mariano**
Executive at On Edge Productions

--- WEDNESDAY ---



**Tom Mariano** · 1:51 PM
Hey u have my money? Or should i just let the FBI know everything i know about u. We put them on do away now we're putting Mitchell away you'll be next



**Felix Maye** · 1:53 PM
???



**Tom Mariano** · 1:57 PM
Your involvement  Arua  Exchange



**Felix Maye** · 1:59 PM
Sir i dont know who you are or what you are talking about here as ive not been affiliated with Aura exchange llc for over 3 to 4 years now.



**Tom Mariano** · 2:00 PM
Well it says on your LinkedIn page that you stole are so to me that means you must be involved with Mitchell and a Merle and I'm sure your I know Amaral's in jail







know Amaral's in jail

**Felix Maye** · 2:02 PM
Linkedin Page that i stole???

**Tom Mariano** · 2:02 PM
I did not mean stole it still says that you're associated with them and their company on your LinkedIn page

But I'm sure you're aware that Amanda was in jail Mitchell in a trial now and I'm just looking for my money back

**Tom Mariano** · 2:04 PM
Your so-called company that you were with for 3 to 4 years never closed one deal ever

**Felix Maye** · 2:05 PM
Sorry to hear about Armando and Anthony after i left the firm as i have not spoken with either of them in quite sometime now. Atleast 3 or 4 years.

**Felix Maye** · 2:10 PM
How much did you give them??

**Tom Mariano** · 2:26 PM
500,000

